# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.   2025 CW 1117

VERSUS

THE CITY OF SLIDELL AND
AMERICAN ALTERNATIVE
INSURANCE CORPORATION

CONSOLIDATED WITH

ROY PICOU, JR.

VERSUS

AMERICAN ALTERNATIVE
INSURANCE CORPORATION, CITY
OF SLIDELL, AND KEVIN KELLUM

**FEBRUARY 23, 2026**

---

In Re:   American Alternative Insurance Corporation, City of
         Slidell, and Kevin Kellum, applying for supervisory
         writs, 22nd Judicial District Court, Parish of St.
         Tammany, No. 202314046 c/w 202316946.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                            **WIL**
                            **EW**
                            **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT